Ramon ORTIZ, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

No. 822 MAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**CITY OF BETHLEHEM, Respondent**

v.

**Alvin S. KANOFSKY, Petitioner**

No. 778 MAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Brenda I. DREISBACH, Petitioner**

v.

**Antonio MONTEFUSCO, Respondent**

No. 758 MAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**